THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO BROWN, Appellant.— Motion for reargument referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. Motion for reargument denied. Present — Nolan, P. J., Carswell, Adel, MacCrate

and Schmidt, JJ. Insofar as the appellant asks for an order granting leave to appeal to the Court of Appeals, the motion will be considered as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice ADEL. [See *ante,* p. 750; *post,* p. 1037.]